IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SUPAPORN MERCER, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:25-cv-00137-CAR-CHW |
| COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated July 30, 2026, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 30th day of July, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk